AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JASON STOLTE,

          Plaintiff,

V.

DAVID DAVIS FARMS, INC., a corporation;
MARTIN PHILLIP HORN, an Individual,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-521-WKW

TO: (Name and address of Defendant)

DAVID DAVIS FARMS, INC.
25630 County Road 27
Daphne, Alabama  36526

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Powell
HARE, WYNN, NEWELL & NEWTON
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, Alabama  35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                             6-15-07

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JASON STOLTE,

        Plaintiff,

V.

DAVID DAVIS FARMS, INC., a corporation;
MARTIN PHILLIP HORN, an Individual,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-521-WKW

TO: (Name and address of Defendant)

MARTIN PHILLIP HORN
25975 County Road 27, Lot T8
Daphne, Alabama  36526

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Powell
HARE, WYNN, NEWELL & NEWTON
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, Alabama  35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                   6-15-07
CLERK                                                DATE

(By) DEPUTY CLERK