IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JASON STOLTE, )
)
    Plaintiff, )
)
v. ) CASE NO. 2:07-CV-521-WKW
)
DAVID DAVIS FARMS, INC.; )
MARTIN PHILLIP HORN )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW JASON STOLTE, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

6/18/07
Date

/s/ Scott A. Powell
(Signature)

SCOTT A. POWELL
(Counsel's Name)

Jason Stolte
Counsel for (print names of all parties)
Suite 800 Massey Building
2025 Third Avenue N., Birmingham, Al  35203
Address, City, State Zip Code
(205) 328-5330
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Scott A. Powell__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U. S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __18th__ day of __June__ 20__07__, to:

MARTIN PHILLIP HORN
25975 County Road 27, Lot T8
Daphne, Alabama  36526

DAVID DAVIS FARMS, INC.
25630 County Road 27
Daphne, Alabama  36526

__6/18/07__  
Date

/s/ Scott A. Powell  
Signature