IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: **2:07-cv-521-WKW** |
| | ) | |
| DAVID DAVIS FARMS, INC. | ) | |
| and MARTIN PHILLIP HORN, | ) | |
| | ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW **Martin Phillip Horn**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**


Date: July 11, 2007                  s/ Robert C. Black, Jr.
                                     ROBERT C. BLACK, JR.
                                     ASB-6459-C62R
                                     Attorney for David Davis Farms, Inc.
                                     and Martin Phillip Horn

OF COUNSEL:

HILL, HILL, CARTER,
 FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone:   (334) 834-7600
Facsimile:   (334) 832-7419
Email:   rcblackjr@hillhillcarter.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document on the following by United States mail, postage prepaid and properly addressed or by electronically filing with the Clerk of the Court using the Pacer website which will send notification to the following on this the 11th day of July 2007:

Scott A. Powell, Esq.
HARE, WYNN, NEWELL & NEWTON
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, Alabama 35203
Email:   scott@hwnn.com

                          s/ Robert C. Black, Jr.
                          OF COUNSEL