IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON STOLTE, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. |
| | ) |
| DAVID DAVIS FARMS, INC., a corporation; | )   2:07-cv-521-WKW |
| MARTIN PHILLIP HORN, an Individual, | ) |
| | ) |
|     DEFENDANTS. | ) |

### MOTION FOR LEAVE TO AMEND COMPLAINT

Comes the Plaintiff, JASON STOLTE and requests leave of this Honorable Court to file an Amendment to Complaint adding as a defendant FARM MASTER, INC., and attaches a copy of the Proposed Amended Complaint hereto for the Court's consideration.

    /s/ Scott A. Powell
    SCOTT A. POWELL, ASB-7523-L60S
    Attorney for Plaintiff

OF COUNSEL:
HARE, WYNN, NEWELL & NEWTON
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 328-5330
Facsimile (205) 324-2165
E-Mail: scott@hwnn.com

CERTIFICATE OF SERVICE

      I, Scott A. Powell, hereby certify that I have served a copy of the above and foregoing upon all parties below by placing a copy of same in the U. S. Mail, properly addressed, postage prepaid:

Mr. Robert C. Black, Jr.
HILL, HILL, CARTER, FRANCO, COLE & BLACK
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36101-0116


this 12th day of July, 2007.


                    /s/ Scott A. Powell
                    Scott A. Powell

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| DAVID DAVIS FARMS, INC., a corporation; | ) | 2:07-cv-521-WKW |
| MARTIN PHILLIP HORN, an Individual, | ) | |
| | ) | |
|     DEFENDANTS. | ) | |

**PROPOSED FIRST AMENDED COMPLAINT**

Comes now the Plaintiff, JASON STOLTE, after having been granted leave of the Court, and amends his complaint heretofore filed by adding as a defendant, FARM MASTER, INC., and by re-alleging and re-averring all allegations in all paragraphs of his initial Complaint filed in this cause, as well as averring as follows:

1. Plaintiff avers that the defendant, FARM MASTER, INC., is a foreign corporation doing business in the state of Alabama.

2. The Plaintiff avers that heretofore on, to-wit, the 6th day of January, 2006, the Plaintiff was operating a motor vehicle on Interstate 65, at its intersection between County Road 40 and County Road 61, in Autauga County, Alabama, when he was caused to strike a tire and wheel which had fallen from the trailer of an eighteen wheeler being operated by the Defendant, MARTIN PHILLIP HORN, and manufactured by FARM MASTER, INC., and that said tire and wheel unit was lying in the roadway in the path of the Plaintiff's vehicle. The Plaintiff's vehicle collided with the wheel and tire unit and came to rest in the median on the interstate highway.

3. Plaintiff avers that the subject trailer portion of the eighteen wheeler was designed, manufactured, marketed, distributed and delivered to Alabama by the Defendant FARM MASTER, INC. Plaintiff avers that the vehicle was defective in several respects as designed, manufactured and sold and that these conditions include, but are not limited to, the following:

(a) a defective wheel and tire unit which permitted the tires and wheel units to come off said trailer and cause the incident made the basis of this lawsuit;

(b) a lack of general crashworthiness;

(c) a failure to adequately warn or instruct the users of the trailer of the inadequate condition of the tire and wheel system;

4. The defendants are liable for the injuries of the plaintiff under the following theories of liability:

(a) Negligence in the design, and/or manufacture and/or testing, and/or sale, and/or marketing of the subject trailer;

(b) Wanton misconduct in the design, and/or manufacture and/or testing, and/or sale, and/or marketing, of the subject trailer;

(c) Negligence in their failure to conduct testing and/or inspections and/or investigations, to determine that the subject trailer was defective and unsafe and failed to comply with applicable standards.

(d) Wanton misconduct in their failure to conduct testing and/or inspections and/or investigations, to determine that the subject trailer was defective and unsafe and failed to comply with applicable standards.

(e) Negligence in failing to notify the owners, dealers, users and purchasers of these

trailers that defective conditions existed in the trailer and, in addition, failing to implement a corrective action plan which would provide adequate methods to remedy the defect and make the trailer safe.

(f) Wanton misconduct in failing to notify the owners, dealers, users and purchasers of these vehicles of defective conditions that existed in the trailer and, in addition, failing to implement a corrective action plan which would provide adequate methods to remedy the defect and make the trailer safe.

(g) Under the Alabama Extended Manufacturers Liability Doctrine with regard to the subject trailer in that the Defendant, FARM MASTER, INC., is in the business of selling trailers of the type described herein; Defendants manufactured and sold a trailer which was dangerous and defective at the time it left their control; the trailer reached its ultimate consumer in the same condition as when it was manufactured and sold by the defendant; the trailer was dangerous and defective at the time of its manufacture and sale; the trailer was in substantially the same condition at the time of this incident as the time of manufacture and as a proximate consequence of the dangerous and defective trailer, the plaintiff suffered injuries as set forth in the initial Complaint on file in this cause.

6. As a proximate consequence of the culpable acts of the defendants, the plaintiff, JASON STOLTE, was caused to suffer the injuries and damages set forth in Plaintiff's Complaint heretofore filed. Plaintiff avers that the actions of FARM MASTER, INC., and previously-named defendants, DAVID DAVIS FARMS, INC. and MARTIN PHILLIP HORN, combined and concurred to cause the plaintiff's aforementioned injuries and damages.

WHEREFORE, plaintiff demands judgment of the defendants, separately and severally,

in such sum as the jury may assess.

_____
SCOTT A. POWELL, ASB-7523-L60S
Attorney for Plaintiff

OF COUNSEL:
HARE, WYNN, NEWELL & NEWTON
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 328-5330
Facsimile (205) 324-2165
E-Mail: scott@hwnn.com

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

_____
OF COUNSEL

CERTIFICATE OF SERVICE

I, Scott A. Powell, hereby certify that I have served a copy of the above and foregoing upon all parties below by placing a copy of same in the U. S. Mail, properly addressed, postage prepaid:

Mr. Robert C. Black, Jr.
HILL, HILL, CARTER, FRANCO, COLE & BLACK
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36101-0116

this        day of              , 2007.

                                          _____
                                          Scott A. Powell

**NOTE TO CLERK:   PLEASE SERVE DEFENDANT AS FOLLOWS:**

**FARM MASTER, INC.**
**c/o Tracy M. White**
**1750 Mill Street**
**Wabash, IN 46992**