IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JASON STOLTE,                              )
                                           )
        Plaintiff,                         )
                                           )
        v.                                 )        CASE NO. 2:07-CV-00521-WKW
                                           )
DAVID DAVIS FARMS, INC., et al.,           )
                                           )
        Defendants.                        )

## **ORDER**

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint (Doc. # 9), it is

ORDERED that the motion is DENIED due to the plaintiff's failure to comply with Rule 15.1 of this

district's Local Rules.  The plaintiff is granted leave to refile a motion to amend with an attached

amended complaint that is drafted in compliance with the Local Rules.

DONE this 28th day of August, 2007.

                        /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE