IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON STOLTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-00521-WKW |
| ) | |
| DAVID DAVIS FARMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the plaintiff's Motion for Leave to Amend Complaint (Doc. # 11), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically an exact duplicate of the First Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* by **October 10, 2007**.

Upon consideration of the defendants' Motion to Dismiss (Doc. #5) it is ORDERED that the motion is DENIED in part. To the extent the motion argues for the case to be dismissed for failure to join a necessary party, it is DENIED as moot. Furthermore, the plaintiff is ORDERED to respond to the motion to the extent it argues the case is due to be dismissed because the plaintiff is simultaneously prosecuting the same claim in state and federal court. The plaintiff is ordered to file a response by **October 17, 2007.**

DONE this 9th day of October, 2007.

                                                    /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE