AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JASON STOLTE,

**SUMMONS IN A CIVIL ACTION**

V.

DAVID DAVIS FARMS, INC.; MARTIN PHILLIP HORN; FARM MASTER, INC.

CASE NUMBER:   2:07-cv-521-WKW

TO: (Name and address of Defendant)

FARM MASTER, INC.
c/o Tracy M. White
1750 Mill Street
Wabash, IN  46992

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Powell
HARE, WYNN, NEWELL & NEWTON
2025 Third Avenue North, Suite 800
Birmingham, Alabama  35203

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    10-17-07

CLERK                                                 DATE

(BY) DEPUTY CLERK