| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tracy M. White_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  10/20/07 |
| 1. Article Addressed to:<br><br>FARM MASTER, INC.<br>c/o Tracy M. White<br>1750 Mill Street<br>Wabash, IN 46992 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CU521  PO BOX 337<br>St and cmp |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7000 0600 0025 7683 1074 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |