**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JASON STOLTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVID DAVIS FARMS, INC.;** | ) | **CV: 2:07-521-WKW** |
| **MARTIN PHILLIP HORN;** | ) | |
| **FARM MASTER;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION TO DISMISS

Comes now Defendant Farm Master, Inc. and hereby moves this Court to enter an order dismissing the Plaintiff's amended complaint without prejudice with leave to refile the case in the Superior Court of Wabash County, Indiana pursuant to 28 U.S.C. § 1404.

## INTRODUCTION

Defendant Farmmaster, Inc. is a foreign corporation with its sole office located in Laketon, Indiana. Farmmaster has no offices or employees in the state of Alabama. Farmmaster is principally engaged in the business of selling farm trailers.

Plaintiff filed the Amended Complaint on October 9, 2007 alleging claims of general negligence Defendants Horn and Davis, and a claim of negligent manufacture and design against Defendant Farmmaster, Inc. The allegations of the complaint arise from an automobile accident which occurred on or about January 26, 2006 in Autauga County, Alabama. According to the Complaint, Defendant Horn was driving a vehicle while in the line and scope of his employment with Defendant Davis when he collided with the Plaintiff. According to the Amended Complaint, Defendant Horn was pulling a trailer bought from Farmmaster at the time of the

accident, and an alleged wheel separation on the trailer caused or contributed to the accident.

**STANDARD**

A motion to transfer venue is governed by 28 U.S.C. §§ 1404, which provides in pertinent part: "For the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." The burden of demonstrating that the forum should be changed is on the party seeking the transfer. *Time, Inc. v. Manning,* 366 F.2d 690, 698 (5th Cir.1966). The factors that are typically considered by the court in determining whether to transfer venue under § 1404 typically include the convenience of the parties, the convenience of the witnesses, the locus of operative facts and relative ease of access to sources of proof; the attendance of witnesses; and trial efficiency and the interests of justice. See *Sibaja v. Dow Chemical*, 757 F.2d 1215 (11th Cir. 1985); see also *Gulf Oil Corp. v. Gilbert,* 330 U.S. 501, 508-08 (1947).

The actions alleged against Farmmaster, Inc., are that Farmmaster was "negligent in the manufacture, design, and assembly of the Farmmaster trailer" involved in this accident. Because Farmmaster's facilities and employees are located solely in the state of Indiana, any alleged negligence in the manufacture, design, and assembly could only have occurred there. Furthermore, any witnesses that could offer testimony regarding the manufacture, design, and assembly of the trailer in question would be either employees of Farmmaster, or contractors hired by Farmmaster. Obviously, those persons would be from the state of Indiana, or close by. It would be extremely inconvenient for these witnesses to testify in Alabama. Finally, the interests of justice require that the case be dismissed without prejudice with leave to re-file in the state of Indiana. A case involving many of the same parties, related to the exact same accident, has already been filed in the Superior Court of Wabash County, Indiana. *See Exhibit 1.*

Accordingly, the interests of justice and judicial economy demand that the Plaintiff's case be refiled and consolidated with the similar case pending in Indiana.

WHEREFORE, Defendant Farmmaster, Inc. respectfully requests that this Honorable Court enter an order dismissing this case without prejudice with leave to re-file the case in the Superior Court of Wabash County, Indiana.

Respectfully Submitted,

_Christopher K. Whitehead ______________

Tyrone C. Means
Christopher K. Whitehead
Attorneys for Defendant Farmmaster, Inc.

**OF COUNSEL:**
THOMAS, MEANS, GILLIS & SEAY, P.C.
3121 Zelda Court
P.O. Drawer 5058
Montgomery, AL 36103-5058
Telephone: (334) 270-1033
Facsimile: (334) 260-9396

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following counsel of record by United States Mail and with the Court's electronic filing system, properly addressed and first class postage prepaid, this the 2nd day of July, 2007.

Scott A. Powell
Hare, Wynn, Newell, & Newton
Suite 800 Massey Bldg.
2025 Third Ave. North
Birmingham, AL. 35203

Martin Phillip Horn
25975 Cty Rd 27, Lot T8
Daphne, AL. 36526

David Davis Farms, Inc.
25630 Cty Rd. 27
Daphne, AL. 36526

__Christopher K. Whitehead________________
OF COUNSEL

M6932

| | |
|---|---|
| STATE OF INDIANA | ) IN THE WABASH SUPERIOR COURT |
| | ) CIVIL DIVISION |
| COUNTY OF WABASH | ) CAUSE NO 85D01-0705 CC-159 |
| CAROLINA CASUALTY INS CO SUBROGEE OF DAVID DAVIS FARMS (hereinafter referred to as Plaintiff(s) | ) |
| FARM MASTER INC (hereinafter referred to as Defendant(s) | ) |

FILED MAY 18 2007

## COMPLAINT FOR NEGLIGENCE AND DAMAGES AS A RESULT OF AN AUTOMOBILE ACCIDENT

Comes now Plaintiff, ,by counsel, and for a cause of action against the Defendant(s), alleges and says:

1. That the Plaintiff is an insurance company authorized to do business in the state of Indiana.

2. That the Defendant(s), did through his negligent conduct cause damage to the property of SUBROGEE OF DAVID DAVIS FARMS.

3. That said negligence of Defendant(s), is best described in the loss report, which is hereto attached as Exhibit "A".

4. That there was no contributory negligence of SUBROGEE OF DAVID DAVIS FARMS.

5. That the Plaintiff is listed in this complaint as

CAROLINA CASUALTY INS CO SUBROGEE OF DAVID DAVIS FARMS , by virtue of having made payment to them under their policy of insurance.

WHEREFORE, Plaintiff prays for judgment against the Defendant(s), in the amount of $7,548.00 plus interest and costs of this action, and for all other relief just and proper in the premises.

SCOTT RICHARDS #19871-49
5120 COMMERCE CI #B
INDIANAPOLIS IN 46237
317/859-5666

# CAROLINA LOSS REPORT

**INSURED'S INFORMATION**

Policy No.: 468249 — Policy Date: 11/29/05

Insured: David Davis Farms, Inc. — Address: 25630 State Hwy 181

City: Daphne — State: AL — Zip 36526

Contact Person: Joy Davis — Phone: 251-626-6366

Driver's Name: Martin Horn — Date of Birth: 2/3/65

Home Address: 25975 State Hwy 181 Lot 19 — City: Daphne — State: AL — Zip: 36526

Phone Number: 251-626-0523 — Work No: — Social Security No.: <Enter Driver Tax ID> — D/L No.: 269930 — State: AL

Cell Number:

On Call?: [ ] yes [ ] no [ ] n/k

Passenger: NONE

Address: — City: — State: — Zip:

**INSURED VEHICLE**

| Year: | Make: | Unit/VIN: |
|---|---|---|
| Year: 1975 | Make: K/W | Tractor/VIN: 1408HSGL |
| Year: 2005 | Make: Farm Master | Trailer/VIN: 4MB4d0413020620 |

Tractor Type: conv. — Trailer Type: hopper bottom

Tractor/Trailer Location: Trailer is at Wheeler Wrecker Repair, Alabaster, AL (PH 205-664-4000) — Placard Name/Tractor: David Davis Farms — Placard type: decal

Hauling Cargo? Yes x No [ ] Unk [ ] — Type of Cargo: chicken feed Unknown: [ ]

Damage Description: four tires, four rims, brake drums — Under dispatch to Whom? Ins.

Tractor Owner: Ins. — Location/Date/Time Loaded 1/5/06, PM, Decatur, AL

Trailer Owner: Ins. — Location/Date/Time Unloaded

**THE ACCIDENT**

Date: 01/06/2006 — Time: 01:00 AM — Weather: Clear

Location: I-65 South MM 188 — City: Montgomery — State: AL

Accident Description: Insured bought a new trailer in Wabash, IN and was delivered as far as Decatur, AL. Insured picked it up trailer and went and picked up a load in Decatur, AL and went 150 miles and all four tires on the drivers side came off and trailer went down on the asphalt. One tire passed i/tractor, another one hit c/v one, another hit c/v two. The other one went in a ditch

**CLAIMANT INFORMATION**

Claimant Driver: Mike Sharp — DOB:

Address: Unk — City: — State: — Zip:

Phone Number: Unk — Work No.: — Social Security No.:

Cell Number: — Driver's License No.:

On Call? [ ] yes [ ] no [ ] n/k

State Tag — Vin Number: — Year: — Make: Tractor

Claimant Owner: Milan Transport — Phone No: — Work No.: — Cell No.:

Address: — City: — State: — Zip:

Damage to Claimant Vehicle: oil pan, radiator, bumper, front end

Location of Claimant Vehicle: Unk

Insurance Company: Unk — Policy Number

**CLAIMANT PASSENGER(S)**

1. Passenger: Unk
Address: | City: | State: | Zip:
2. Passenger:
Address: | City: | State: | Zip:

**DAMAGE TO OTHER PROPERTY**

Owner: | Telephone No.:
Address: | City: | State: | Zip:
What was damaged?
Was there a fuel spill? Yes [ ] No [ ] | Amount of Spill - Gallons:

**INJURED PARTY**

1. Name: c/d two | Phone:
Address: | City: | State: | Zip:
Ambulance: Yes x No [ ] | Hospital:

2. Name: | Phone:
Address: | City: | State: | Zip:
Ambulance: Yes [ ] No [ ] | Hospital

**POLICE REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Police called? Yes x No [ ] The police did three separate reports on this incident per insured. | State: xxxxx Montgomery Office | City: | County: |

| | | | |
|---|---|---|---|
| Officer: Tpr. Barnes-PH# 334-242-4128 | Badge No.: | Report No.: unk | Telephone No.: Records PH# 334-242-4241 |

Was anyone given a citation or arrested? Yes [ ] No x Unknown [ ] | Who was charged? What were the charges?

Did police make a report? Yes x No [ ]
Did they complete accident report in camera kit?
Where did they send report?

Photographs? Yes [ ] No x Made by
Taken with CCIC camera? Yes [ ] No [ ]
Who has photographs?
Where/ when did they send pictures?

**WITNESSES**

| | | | | |
|---|---|---|---|---|
| 1. Name: NONE | Home No.: Work No.: | | | |
| Address: | City: | State: | Zip: | DOB: |
| 2. Name: | Home No.: Work No: | | | |
| Address | City | State: | Zip: | DOB: |
| 3. Name: | Home No.: Work No.: | | | |
| Address: | City: | State: | Zip: | DOB: |

**ADDITIONAL INFORMATION**

Who reported loss? Joy Davis | Relationship to claim: Insured
Date: 01/08/2006 | Time: 10:54 AM | Telephone:
Person taking Loss: Louise
Additional comments: Unk info on c/v two.

[illegible]