## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID DAVIS FARMS, INC.; | ) | CV: 2:07-521-WKW |
| MARTIN PHILLIP HORN; | ) | |
| FARM MASTER; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CORPORATE CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Farm Master, Inc. makes the following statement regarding parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. As it relates to Farm Master, Inc. there are no entities to be reported.

        Respectfully Submitted,


        _Christopher K. Whitehead_____
        Tyrone C. Means
        Christopher K. Whitehead
        Attorneys for Defendant Farmmaster, Inc.

1

**OF COUNSEL:**

THOMAS, MEANS, GILLIS & SEAY, P.C.
3121 Zelda Court
P.O. Drawer 5058
Montgomery, AL 36103-5058
Telephone: (334) 270-1033
Facsimile: (334) 260-9396

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record by United States Mail and with the Court's electronic filing system, properly addressed and first class postage prepaid, this the 9th day of November, 2007.

              Scott A. Powell
              Hare, Wynn, Newell, & Newton
              Suite 800 Massey Bldg.
              2025 Third Ave. North
              Birmingham, AL. 35203

              Martin Phillip Horn
              25975 Cty Rd 27, Lot T8
              Daphne, AL. 36526

              David Davis Farms, Inc.
              25630 Cty Rd. 27
              Daphne, AL. 36526

              __Christopher K. Whitehead_____
              OF COUNSEL