IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID DAVIS FARMS, INC.; | ) | CV: 2:07-521-WKW |
| MARTIN PHILLIP HORN; | ) | |
| FARM MASTER; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW

Christopher K. Whitehead hereby moves this Court to enter an Order allowing him to withdraw as counsel on behalf of the Defendant, Farmmasters, Inc. in the above entitled action. As grounds for this motion, counsel would offer that he will no longer be employed with the firm of Thomas, Means, Gillis, and Seay. P.C. after November 26, 2007. The Plaintiff will continue to be represented by other members of the firm.

Respectfully submitted this the 20th day of November, 2007.


/s Christopher K. Whitehead  _____
CHRISTOPHER K. WHITEHEAD (WHI105)
*One of the Attorneys for Defendant Farmmasters, Inc.*


**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
**3121 Zelda Court**
**P.O. Drawer 5058**
**Montgomery, Alabama 36106**
**(334) 270-1033**
**(334) 260-9396 (fax)**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following by E-File and by placing a copy in the United States mail, postage prepaid and properly addressed this the 20th day of November, 2007.

Scott A. Powell  
Hare, Wynn, Newell, & Newton  
Suite 800 Massey Bldg.  
2025 Third Ave. North  
Birmingham, AL. 35203

Martin Phillip Horn  
25975 Cty Rd 27, Lot T8  
Daphne, AL. 36526

David Davis Farms, Inc.  
25630 Cty Rd. 27  
Daphne, AL. 36526

                                                  /s/  Christopher K. Whitehead_____  
                                                  OF COUNSEL