IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-00521-WKW |
| | ) | |
| DAVID DAVIS FARMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw (Doc. #22) filed by Christopher K. Whitehead, it is ORDERED that the motion is GRANTED.

DONE this 21st day of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE