IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-00521-WKW |
| | ) | |
| DAVID DAVIS FARMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Leave to File Second Amended Complaint (Doc. # 25), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically an exact duplicate of the Second Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures* by **January 4, 2008.**

DONE this 19th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE