IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JASON STOLTE, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| DAVID DAVIS FARMS, INC.; et al | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| | ) | 2:07cv-521-WKW |
| Defendant. | ) | |

TO DEFENDANT   GEICO INSURANCE COMPANY, c/o Richard A. Ball, Jr.

2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Scott A. Powell, 2025 Third Avenue North, Suite 800, Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within 20 days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: _12-21-07_                    DEBRA P. HACKETT, CLERK

                                    By: _[signature]_

SEE REVERSE SIDE FOR RETURN         Deputy Clerk

                                    (SEAL OF COURT)

NOTE: A separate summons must be
      prepared for each defendant.

                                    CLERK, U. S. DISTRICT COURT
                                    MIDDLE DISTRICT OF ALABAMA