**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GEICO Insurance Co.
c/o Richard A. Ball, Jr.
2000 Interstate Park Dr., Ste 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Slauson
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
S. Slauson

C. Date of Delivery
12/26/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV521
S + amd cmp    20

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7000 0600 0022 2011 7202

2004    Domestic Return Receipt