### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JASON STOLTE** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-cv-521-wkw |
| | ) |
| **DAVID DAVIS FARMS, INC.;** | ) |
| **MARTIN PHILLIP HORN;** | ) |
| **FARM MASTER, INC.;** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR EXTENSION OF TIME TO OPT OUT

**COMES NOW**, the Defendant, Geico Insurance Company and would show unto the Court the following:

1. The Defendant has been named as the underinsured motorist carrier for the Plaintiff.

2. The Defendant is entitled to participate in the Discovery portion of this action pending its decision as to whether it will participate as named party Defendant or opt out.

3. The Defendant would show by allowing it to participate in Discovery will cause no prejudice to any party.

**WHEREFORE THESE PREMISES CONSIDERED,** the Defendant requests this Court for entry of an Order allowing it to extend the time for it to opt out of the above-referenced litigation until the date of final pretrial hearing.

      /s/   Gerald C. Swann, Jr.
**GERALD C. SWANN, JR.**

OF COUNSEL:

**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
334/387-7680

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 18th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system that the foregoing document has been served upon the following counsel of record via the CM/ECF system and/or by U.S. mail:

Scott Powell
Hare, Wynn, Newell, and Newton
2025 Third Ave., N.
Birmingham, AL  35203

Robert Coleman Black, Jr.
Hill, Hill, Carter, Franco, Cole & Black
P O Box 116
Montgomery, AL  36101-0116

Tyrone Carlton Means
Christopher Kyle Whitehead
Thomas, Means, Gillis & Seay
P O Drawer 5058
Montgomery, AL  36103-5058

                                        /s/     Gerald C. Swann, Jr.
                                     OF COUNSEL