IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-00521-WKW |
| | ) | |
| DAVID DAVIS FARMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff shall show cause in writing on or before **January 24,**

**2008**, as to why defendant GEICO Insurance Company's Motion for Extension of Time to Opt

Out (Doc. # 31) should not be granted.

DONE this 22nd day of January, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE