IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JASON STOLTE,                                )
                                             )
         Plaintiff,                          )
                                             )
v.                                           )        CASE NO. 2:07-cv-521-wkw
                                             )
DAVID DAVIS FARMS, INC.;,                    )
MARTIN PHILLIP HORN;                         )
FARM MASTER, INC.                            )
                                             )
         Defendants,                         )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Geico Insurance Company, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☒    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Geico Insurance Company | Affiliate |
| Affiliate Geico Casualty Company | Affiliate |

January 24, 2008                         /s/ Gerald C. Swann, Jr.
Date                                     Counsel Signature

                                         Geico Insurance Company
                                         Counsel for (print names of all parties)

                                         P O Box 2148
                                         Montgomery, AL 36102-2148
                                         Address, City, State Zip Code

                                         (334) 387-7680
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Gerald C. Swann, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF system and/or U.S. Mail on this 24th day of January 2008, to:


Scott Powell
Hare, Wynn, Newell, and Newton
2025 Third Ave., N.
Birmingham, AL  35203

Robert Coleman Black, Jr.
Hill, Hill, Carter, Franco, Cole & Black
P O Box 116
Montgomery, AL  36101-0116

Tyrone Carlton Means
Christopher Kyle Whitehead
Thomas, Means, Gillis & Seay
P O Drawer 5058
Montgomery, AL  36103-5058


January 24, 2008                                      /s/ Gerald C. Swann, Jr.
        Date                                                     Signature