IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JASON STOLTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DAVID DAVIS FARMS, INC.;** | ) | **CV: 2:07-521-WKW** |
| **MARTIN PHILLIP HORN;** | ) | |
| **FARM MASTER;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF WITHDRAWAL

**COMES NOW** Tyrone C. Means of the law firm of Thomas, Means, Gillis & Seay, P.C. and respectfully gives the Court notice of his withdrawal as attorney of record for FarmMaster, Inc. In support thereof, counsel states as follows:

1. Irresolvable differences have arisen between Defendant FarmMaster, Inc. and its counsel.

2. Presumably, said Defendant will engage other counsel.

3. Prior to the filing of this Notice, said counsel informed FarmMaster, Inc. of its intent to withdraw as its counsel.

Respectfully submitted this the 21st day of February, 2008.

/s/ Tyrone C. Means
TYRONE C. MEANS (MEA)
*Attorney for Defendant Farmmasters, Inc.*

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
**3121 Zelda Court**
**P.O. Drawer 5058**
**Montgomery, Alabama 36106**
**(334) 270-1033 (tel)**
**(334) 260-9396 (fax)**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by E-File and by placing a copy in the United States mail, postage prepaid and properly addressed this the 21st day of February, 2008.

FarmMaster, Inc.
c/o Tracy White
10321 N. Troyer Road
Box 243
Laketon, IN 46943

Scott A. Powell
Hare, Wynn, Newell, & Newton
Suite 800 Massey Bldg.
2025 Third Ave. North
Birmingham, AL. 35203

Martin Phillip Horn
25975 Cty Rd 27, Lot T8
Daphne, AL. 36526

David Davis Farms, Inc.
25630 Cty Rd. 27
Daphne, AL. 36526

/s/__Tyrone C. Means_____
**OF COUNSEL**