IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON STOLTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-00521-WKW |
| ) | |
| DAVID DAVIS FARMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Notice of Withdrawal (Doc. # 36), which the court construes as a motion to withdraw, it is ORDERED that the motion is GRANTED. The Clerk is DIRECTED to send by certified mail a copy of this order to Defendant Farm Master, Inc. It is ORDERED that Farm Master, Inc. shall inform the court of its new counsel **on or before March 20, 2008.**

DONE this 21st day of February, 2008.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE