| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Farm Master by Yvonne  ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Farm Master |
| 1. Article Addressed to:<br><br>Farm Master, Inc.<br>c/o Tracy White<br>~~10321 N. Troyer Road~~<br>Box 243<br>Laketon, IN 46943 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>2:07cv521<br>#37 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1841 6414 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540