IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON STOLTE, | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) CASE NO. 2:07-CV-00521-WKW |
| DAVID DAVIS FARMS, INC., et.al | ) |
| Defendants | ) |

## MOTION FOR EXTENSION OF TIME

Farm Master, Inc., a corporation chartered pursuant to the laws of the State of Indiana, by its President, Tracy White, respectfully moves the Court for an extension of time to file an answer to the Complaint of Plaintiff, Jason Stolte in the above captioned proceeding. Defendant, Farm Master, Inc., received a copy of the Court's Memorandum Opinion and Order dated April 28, 2008, in which the Court ordered Farm Master, Inc., to file an answer to Plaintiff's Complaint no later than May 5, 2008. Said Memorandum and Order was received by Defendant on May 2, 2008.

Said Defendant is currently without legal representation in this proceeding. The undersigned, as President of Farm Master, Inc., has made arrangements to travel to the State of Alabama on May 7, 2008, to secure and retain legal representation on behalf of Farm Master, Inc., in the above captioned proceeding.

-2-

Defendant's representative would respectfully move and seek the Court to grant Farm Master, Inc., an additional Thirty (30) days to allow said Defendant to secure legal counsel, and to prepare and file proper answer and response to Plaintiff's Complaint in the above captioned proceeding. Defendant, Farm Master, Inc., and its representative, Tracy White, President, does not intend this motion for an extension of time to cause undue delay in resolution of Plaintiff's Claim in this cause, and said Defendant will not seek any further extension of time, beyond this date, should the Court grant this motion.

WHEREFORE, Defendant, Farm Master, Inc., by its President, Tracy White, respectfully prays the Court grant this motion, that the Court grant said Defendant an additional Thirty (30) days to answer and respond to Plaintiff's Complaint, and for all other relief proper in the premises.

FARM MASTER, INC.

BY: /s/ Tracy M. White
TRACY WHITE, President

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served upon the following, this 5th day of May, 2008:

Scott A. Powell
Hare, Wynn, Newell & Newton
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, AL 35203

Martin Phillip Horn
25975 City Road 27, Lot T8
Daphne, AL 36526

David Davis Farms, Inc.
25630 County Road 27
Daphne, AL 36526

_____
TRACY WHITE
10321 North Troyer Road
P.O. Box 243
Laketon, IN 46943

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON STOLTE, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) ) CASE NO. 2:07-CV-00521-WKW |
| DAVID DAVIS FARMS, INC., et.al | ) ) |
| Defendants | ) |

## ORDER

Defendant, Farm Master, Inc., by its President, Tracy White, files its Motion For Extension of Time to answer to Plaintiff's Complaint, said motion reading in the words and figures following:

H.I.

And the Court, after having reviewed said motion, the reasons set forth in said motion for seeking an extension of time, and after being duly advised in the premises, now grants the same, and does hereby order that Defendant, Farm Master, Inc., shall be granted an additional Thirty (30) days, through and including June 4, 2008, to file an Answer to the Complaint of the Plaintiff, Jason Stolte, in the above captioned proceeding.

Dated this ___ day of May, 2008.

---
HONORABLE W. KEITH WATKINS
United States District Judge for the
Middle District of Alabama, Northern Division

-2-

DISTRIBUTION:

Farm Master, Inc.
c/o Tracy White
10321 North Troyer Road
Box 243
Laketon, IN 46943

Scott A. Powell
Hare, Wynn, Newell & Newton
Suite 800 Massey Building
2025 Third Avenue North
Birmingham, AL 35203

Martin Phillip Horn
25975 City Road 27, Lot T8
Daphne, AL 36526

David Davis Farms, Inc.
25630 County Road 27
Daphne, AL 36526