IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON STOLTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-00521-WKW |
| | ) | [wo] |
| DAVID DAVIS FARMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Defendant Farm Master, Inc. ("Farm Master") filed a Motion for Extension of Time (Doc. # 40), executed by its president, Tracy White. In the motion, Ms. White states that Farm Master "is currently without legal representation." (*Id.*)

"It is beyond dispute that a non-attorney may not represent a corporation in federal court." *Lowery v. Hoffman*, 188 F.R.D. 651, 653 (M.D. Ala. 1999); *see also Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 724 F.2d 602, 609 (11th Cir. 1984) ("[C]orporations must always be represented by legal counsel."). The requirement that a corporation must be represented by an attorney applies even when the corporation cannot afford counsel. *Lowery*, 188 F.R.D. at 654. The law clearly precludes Ms. White, a non-attorney, from representing Farm Master *pro se* in this court. Accordingly, it is ORDERED that the motion for extension of time is *sua sponte* STRICKEN.

The court does, however, recognize that Farm Master was only allowed one week – five business days – to file an answer after the court denied its motion to dismiss. It is

ORDERED that the deadline for Farm Master to file an answer is CONTINUED from May 5, 2008 to **May 20, 2008.**

Finally, the court notes that Farm Master, as a corporation that cannot appear *pro se* in the court, has already had one counsel withdraw from the case.  Any future counsel for Farm Master is on notice that by entering an appearance in this case, counsel certifies to the court that he or she will remain as counsel in the case until final judgment, absent extraordinary and unforeseeable circumstances.

DONE this 9th day of May, 2008.

                                             /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE