IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON STOLTE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | |
| DAVID DAVIS FARMS, INC., a corporation; ) | 2:07-cv-521-WKW |
| MARTIN PHILLIP HORN, an Individual, ) | |
| ) | |
| DEFENDANTS. ) | |

### MOTION FOR ENTRY OF DEFAULT

Comes now the Plaintiff in the above cause and pursuant to 55 F.R.C.P. moves the Court for entry of default against defendant, FARM MASTER, INC., and as grounds says as follows:

1. That on the 9th day of May, 2008, this Court ordered defendant FARM MASTER, INC. to file an Answer or responsive pleading to the Plaintiff's Complaint. Said Order provided that FARM MASTER, INC. was to answer or otherwise defend on or before May 20, 2008.

2. Defendant, FARM MASTER, INC., has failed to plead, answer or otherwise defend in violation of Court Order of May 9, 2008.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves the Court for entry of default pursuant to 55 F.R.C.P.

/s/ Scott A. Powell
SCOTT A. POWELL, ASB-7523-L60S

OF COUNSEL:
HARE, WYNN, NEWELL & NEWTON, LLP
2025 3rd Avenue North, Suite 800
Birmingham, AL 35203
(205) 328-5330
fax: (205) 324-2165
scott@hwnn.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert C. Black, Jr.
Hill, Hill, Carter, Franco, Cole & Black
P. O. Box 116
Montgomery, AL 36101-0116

Gerald C. Swann, Jr.
Jason Robert Watkins
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102–2148.

The defendant, FARM MASTER, INC., has been served this date by U. S. Mail, as follows:

FARM MASTER, INC.
C/o Tracy White
10321 N. Troyer Road
Box 243
Laketon, IN 46943.

/s/ Scott A. Powell
Scott A. Powell, Of Counsel