IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CASE NO. 2:07-cv-521-WKW

JASON STOLTE,

    PLAINTIFF,

VS.

DAVID DAVIS FARMS, INC., ET AL.,

    DEFENDANTS.

## REPORT OF THE PARTIES' PLANNING MEETING

**1.**  **Appearances:**

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held, via telephone conference, on June 9, 2008.

    A.    Appearing on behalf of the plaintiff:

        Scott A. Powell
        Hare, Wynn, Newell & Newton
        The Massey Building, Suite 800
        2025 Third Avenue North
        Birmingham, Alabama 35203

    B.    Appearing on behalf of the defendants:

        Robert C. Black, Jr.
        Hill, Hill, Carter, Franco, Cole & Black
        P. O. Box 116
        Montgomery, AL 36101-0116

        Gerald C. Swann, Jr.
        Ball, Ball, Matthews & Novak, P.A.
        P. O. Box 2148
        Montgomery, Alabama 36102–2148.

**2.     Parties:**

    A.     The plaintiff shall have until 7/1/08 to join any additional parties.

    B.     The defendant shall have until 8/1/08, to join any additional parties.

**3.     Pleadings:**

    A.     The plaintiff shall have until 9/15/08, to amend the pleadings, without leave of Court.

    B.     The defendant shall have until 9/30/08, to amend the pleadings.

**4.     Dispositive Motions:**

All potentially dispositive motions must be filed by close of discovery on 1/19/09.

**5.     Expert Testimony:**

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed. R. Civ. P. 26 (a)(2)(B) from any specially retained or employed expert - are due:

    A.     From the plaintiff: 11/1/08 and must be put up for deposition by 11/20/08 .

    B.     From the defendant: 12/4/08 and put up for deposition by 1/7/09. _.

**6.     Discovery Limitations and Cutoffs:**

    A.     Unless modified by stipulation of the parties:

<u>Depositions:</u>

Maximum of 8 depositions for the plaintiff per defendant and 8 depositions for each defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

<u>Interrogatories:</u>

Maximum of 30 by each party per defendant, with responses due within 30 days after service.

<u>Request for Admission:</u>

Maximum of 50 by each party, with responses due within 30 days after service.

Request for Production:

Maximum of 30 by each party, with responses due within 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30days before the close of discovery.

    B.    Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by 7/9/08.

    C.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by 1/12/09

**7.   Pre-trial conference:**

This case is set for pretrial conference on _____, in Montgomery, Alabama.

**8.   Trial:**

This case is set for jury trial on March 2, 2009, at **9:00** a.m. in Montgomery, Alabama.

Trial is expected to last 3 days.

**9.   Final lists:**

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26 (a)(3) must be served and filed:

    A.    By the plaintiff: 2/16/09.

    B.    By the defendant: 2/16/09.

Objections are to be filed within 7 days after receipt of final lists.

Motions in Limine shall be filed and served by both parties by February 23, 2009.

**10.   Scheduling Conference:**

The parties do \_\_\_\_\_/do not X  request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this the 10th day of June, 2008.


/s/ Scott A. Powell
Scott A. Powell
Attorney for Plaintiff JASON STOLTE


/s/ Robert C. Black, Jr.
Robert C. Black, Jr.
Attorney for Defendant MARTIN PHILIP HORN and DAVID DAVIS FARMS, INC.


/s/ Gerald C. Swann, Jr.
Gerald C. Swann, Jr.
Attorney for Defendant
GEICO INSURANCE COMPANY