IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON STOLTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-00521-WKW |
| | ) |
| DAVID DAVIS FARMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on Plaintiff's Motion for Entry of Default (Doc. # 43).

It is ORDERED that the motion is GRANTED. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk is DIRECTED to enter default against defendant Farm Master, Inc.

DONE this 19th day of June, 2008.

                                          /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE