IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON STOLTE,       ) | |
| ) | |
| PLAINTIFF,       ) | |
| ) | |
| VS.                                                                  ) | CIVIL ACTION NO. |
| ) | |
| DAVID DAVIS FARMS, INC., a corporation;  ) | 2:07-cv-521-WKW |
| MARTIN PHILLIP HORN, an Individual,     ) | |
| ) | |
| DEFENDANTS.       ) | |

**NOTICE OF SERVICE OF REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANTS DAVID DAVIS
FARMS, INC. AND MARTIN PHILLIP HORN**

**TO:    ALL COUNSEL OF RECORD**

Pursuant to the Federal Rules of Civil Procedure, notice is hereby given that on the date entered below I served the following discovery device(s):

1.    Request for Production of Documents to Defendants David Davis Farms, Inc. and Martin Phillip Horn.

Pursuant to the Federal Rules of Civil Procedure, I acknowledge my responsibilities as the custodian of the original(s) of the documents identified above.

This the 26th day of June, 2008.

                                                Respectfully submitted,

                                                s/Scott A. Powell
                                                Scott A. Powell

OF COUNSEL:

**HARE, WYNN, NEWELL & NEWTON**
2025 Third Avenue North
Suite 800
Birmingham, Alabama 35203
(205) 328-5330

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon all counsel of record, as listed below, by placing same in the United States mail, properly addressed and postage paid on the 26th day of June, 2008.

Robert C. Black, Jr.
Hill, Hill, Carter, Franco, Cole & Black
P. O. Box 116
Montgomery, AL 36101-0116

Gerald C. Swann, Jr.
Jason Robert Watkins
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102–2148.

FARM MASTER, INC.
C/o Tracy White
10321 N. Troyer Road
Box 243
Laketon, IN 46943.

                                        s/Scott A. Powell
                                        OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JASON STOLTE, | ) |
|     PLAINTIFF, | ) |
| VS. | ) CIVIL ACTION NO. |
| DAVID DAVIS FARMS, INC., a corporation;<br>MARTIN PHILLIP HORN, an Individual, | ) 2:07-cv-521-WKW |
|     DEFENDANTS. | ) |

REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now the plaintiff in the above-styled cause and pursuant to the Federal Rules of Civil Procedure propounds the following requests to the defendant, DAVID DAVIS FARMS, INC.:

1. The entire contents of the "Driver Qualification File" maintained on Martin Phillip Horn as prescribed by the U. S. Department of Transportation, Federal Highway Administration, Federal Motor Carrier Safety Regulations §391.51, including but not limited to the following:

    (1) The medical examiner's certificate as required by §391.41;

    (2) The regional Federal Highway Administrator's letter granting a waiver of a physical disqualification, if a waiver was issued pursuant to §391.49;

    (3) The note relating to the annual review of Martin Phillip Horn's driver record pursuant to §391.25;

    (4) The list or certificate relating to violations of motor vehicle laws and

ordinances required pursuant to §391.27;

    (5) Defendant Horn's application for employment completed pursuant to §391.21;

    (6) All responses of state agencies and past employers to your inquiries concerning Horn's driving record and employment pursuant to §391.23;

    (7) The certificate of driver's road test issued to Horn pursuant to §391.31 (g) (1) and (2);

    (8) The written exam completed by Horn pursuant to §391.35 (h).

    2.     The entire contents of Martin Phillip Horn's personnel file, including but not limited to, the following:

    (1) Horn's application for employment as required by §391.21;

    (2) A copy of the inquiry of Horn's driving record as required by §391.23;

    (3) A copy of the investigation of Horn's employment record as required by §391.23.

3. The record of Martin Phillip Horn's driving duty status as required by 49 CFR §395.8.

4. Any other documents and/or records relating to Horn's driver qualifications, driving history and disciplinary record prior to and during his employment with you.

5. Any and all documents representing Horn's written record of duty status as required by 49 CFR §395.8.

6. A photocopy of the title to the truck driven by Horn during the accident which is the subject of this lawsuit.

7. A copy of any lease agreement relating to the 1975 Kenworth tractor vehicle, VIN number 140848SGL, driven by Horn at the time of the incident made the basis of this lawsuit.

8. A photocopy of Horn's driver's license for every state from which he has received a driver's license since 2000.

9. A copy of your insurance policy providing coverage for Martin Phillip Horn and the 1975 Kenworth tractor vehicle, VIN number 140848SGL, and/or the Farm Master 40 foot Hopper Bottom trailer, VIN number 46024041302006230 including, but not limited to, declarations page, application for insurance and any other forms, adding or deleting individual drivers to and from coverage.

10. A copy of the driver's logs of Martin Phillip Horn for the thirty (30) days next preceding the date of this incident.

11. All repair bills, estimates, work orders, and repair orders, from the date of purchase of the subject trailer to the present time, performed on the Farm Master 40 Foot Hopper Bottom Trailer, VIN number 46024041302006230, involved in the incident made the basis of this lawsuit.

                                                                                                                                      _____

                                   Scott A. Powell,  ASB-7523-L60S
Attorney for Plaintiff

Of Counsel:
HARE, WYNN, NEWELL & NEWTON
Suite 800, The Massey Building
2025 Third Avenue North
Birmingham, Alabama  35203
(205) 328-5330 Telephone
(205) 324-2165 Faxsimile
Scott@hwnn.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon the following attorneys of record, by placing a copy of same in the United States mail, postage prepaid, on this the 26th day of June, 2008:

Robert C. Black, Jr.
Hill, Hill, Carter, Franco, Cole & Black
P. O. Box 116
Montgomery, AL 36101-0116

Gerald C. Swann, Jr.
Jason Robert Watkins
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102–2148.

FARM MASTER, INC.
C/o Tracy White
10321 N. Troyer Road
Box 243
Laketon, IN 46943.

                                                      _____
                                                      SCOTT A. POWELL, ASB-7523-L60S

OF COUNSEL:
HARE, WYNN, NEWELL & NEWTON, LLP
2025 3rd Avenue North, Suite 800
Birmingham, AL 35203
(205) 328-5330
fax: (205) 324-2165
scott@hwnn.com