IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JASON STOLTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv521-WKW |
| ) | |
| DAVID DAVIS FARMS, INC., et al ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF DEFAULT

It appearing that FARM MASTER, INC., was duly served with a copy of the summons and complaint on October 20, 2007, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiff's attorney filed herein on May 27, 2008, as required by law.

DEFAULT is hereby entered against said defendant, FARM MASTER, INC.

DONE THIS  27th   day of   June  , 2008.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA